UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION  B-03-009 |
| versus | § | (Claim: 55237) |
| | § | |
| EMILIO V. GARZA, | § | |
| | § | |
| Defendant | § | |

# Complaint

1. *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2. *Venue.* The defendant is a resident of Cameron County, Texas, and may be served with process at 918 Houston Drive, Harlingen, Texas 78550.

3. *The Debt.* The debt owed the United States as of the date of the Certificate of Indebtedness is:

   | | | | |
   |---|---|---|---:|
   | A. | Current principal | $ | 6,977.15 |
   | B. | Interest (capitalized and accrued) | $ | 3,224.76 |
   | C. | Administrative fees, costs, penalties | $ | 87.00 |
   | D. | Attorney's fees | $ | 550.00 |
   | E. | Balance due | $ | 10,838.91 |

   F. Prejudgment interest accrues at

   7.00% per annum being $ 1.33 per day.

   The current principal in paragraph 3 A is after credits of $ 0.00.

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4. *Failure to pay.* Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5. *Prayer.* The United States prays for judgment for:

   A. The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B. Attorney's fees; and,

   C. Other relief the court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÌA, P.C.

By: _____
M. H. Cersonsky
State Bar: 04048500
Jim L. García
State Bar: 07636700
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038

Attorneys for Plaintiff

U.S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS                B-03-009

Name:    Emilio V. Garza
AKA:     N/A
Address: 4301 McPherson Avenue
         Laredo, TX 78041-4165

SSN No:  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

Total debt due to the United State as of March 25, 1997 .................$10,288.91.

I certify that the U.S. Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $6,977.15 from March 25, 1997 at the annual rate of 7.00%. Interest accrues on the principal amount of this debt at the rate of $1.33 per day.

The claim arose in connection with a Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On November 14, 1974, January 3, 1975, July 18, 1975, July 7, 1975, August 25, 1975, January 13, 1976, May 24, 1976, July 5, 1976, August 23, 1976, and December 26, 1976, the debtor executed promissory note(s) to secure loan(s) from The Texas Opportunity Plan Fund, Austin, Texas under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on March 2, 1979 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $.00, thereby increasing the principal balance due to $6,977.15.

After application of the last voluntary payment of $.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $6,977.15 |
| Interest: | 3,224.76 |
| Administrative: | 87.00 |
| Penalties: | .00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_3/27/c(_                            _Mirel Rosado_
(Date)                               (Loan Analyst)
                                     (Litigation Branch)

PLAINTIFF'S
EXHIBIT
A