6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § C.A. No.: B-03-009 |
| | § (Claim No 55237) |
| EMILIO V. GARZA, | § |
| | § |
| Defendant. | § |

## CLERK'S ENTRY OF DEFAULT

On this day, came on to be heard Plaintiff's Request for Entry of Default against Defendant.

Although Defendant was cited to appear and answer herein, he has failed to file an answer within the time

allowed by law. Therefore, the Court is of the opinion that Default against Defendant should be entered.

It is, accordingly, ordered, adjudged, and decreed that the Clerk of the Court enter Default against

Defendant, Emilio V. Garza.

Signed on this 22nd day of APRIL _____, 2003, at Brownsville, Texas.

MICHAEL MILBY, DISTRICT CLERK

By: _____

_____, Deputy Clerk