United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-03-009 |
| | § | (Claim No. 55237) |
| EMILIO V. GARZA, | § | |
| | § | |
| Defendant. | § | |

## DEFAULT JUDGMENT

The Plaintiff having filed a Motion for Default Judgment and the Court notes that Defendant Emilio V. Garza has failed to appear to defend this action after having been served with process,

It is therefore adjudged that the United States of America recover from Emilio V. Garza:

| | |
|---|---|
| Principal Balance: | $ 6,977.15 |
| Total Interest Accrued (As of March 17, 1997) | $ 3,224.76 |
| Administrative Charges | $ 87.00 |
| Attorney's Fees | $ 550.00 |
| | $10,838.91 |
| Less Credits (Debtor Payments) | $ 0.00 |
| Total Owed | $10,838.91 |

Interest Rate: 7.00
Daily Accrual: 1.33

Post-judgment interest at _1.25_ % per annum.

Signed _May 7_ , 2003, at Brownsville, Texas.

_____
United States District Judge