United States District Court
Southern District of Texas
FILED

MAY 1 9 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. B-03-009 (Claim No. C-55237) |
| EMILIO V. GARZA, | § § | |
| Defendant. | § | |

Satisfaction and Release of Judgment

STATE OF TEXAS      §
                    §
COUNTY OF HARRIS    §

On May 7, 2003, judgment was rendered against EMILIO V. GARZA, in the above styled and numbered cause. The judgment against EMILIO V. GARZA has been satisfied by payment pursuant to a settlement agreement.

THEREFORE, the UNITED STATES OF AMERICA, the owner of the above described judgment against EMILIO V. GARZA gives notice that the judgment in Cause No. B-03-009 is satisfied because of payment and the United States releases EMILIO V. GARZA and all liens existing by reason of such judgment upon any property of EMILIO V. GARZA.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U. S. Southern Dist. #5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. No. (713)840-1492
Fax No. (713)840-0038
Attorney for Plaintiff

Of Counsel:
Alonso, Cersonsky & García, P.C.

## Verification

STATE OF TEXAS §
§
COUNTY OF HARRIS §

    BEFORE ME, the undersigned authority, on this day personally appeared M. H. Cersonsky, who, being by me duly sworn, on his oath stated that he has read the foregoing Satisfaction and Release of Judgment and that every statement of fact contained therein is within his personal knowledge and true and correct. He further acknowledged to me that he executed the foregoing instrument on behalf of the Plaintiff and that he had the authority to do so for the purposes and consideration therein expressed.

                                                               M. H. Cersonsky

    SUBSCRIBED AND SWORN TO BEFORE ME on May ___, 2003, to certify which witness my hand and official seal.

                                                               Notary Public, State of Texas



AMITA RUIZ
Notary ... Texas
My Comm... expires 02-25-06