*10*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-03-009 |
| EMILIO V. GARZA, | § § § | (Claim No. 55237) |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

MAY 0 7 2003

Michael N. Milby
Clerk of Court

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE :

COMES NOW Plaintiff UNITED STATES OF AMERICA ("USA") and presents this Motion for Continuance and in support thereof say as follows:

I.

The above referenced case has been set for Pretrial Conference and Disclosure of Interested Parties on Tuesday, May 13, 2003 at 1:30 P.M..M. by Order of this Court.

II.

USA's is requesting that the Pretrial Conference be reset to allow time to file it's Motion for Default Judgment.

III.

USA's counsel would request that all matters in Civil Action No. B-03-009, styled *United States of America v. Emilio V. Garza* be set to a time convenient for the Court.

IV.

This Motion is not set out for delay, but so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, USA prays that this Court grant this Motion for Continuance.

Respectfully submitted,

By: _____
M. H. Cersonsky TBA#04048500
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorneys for Plaintiff**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

### CERTIFICATE OF SERVICE

I, the undersigned certify that a true and correct copy of the above and foregoing will be delivered by the Constable at time of service of the Summons and Original Complaint and/or by certified mail, return receipt requested, on May 6, 2003, to:

Emilio V. Garza
918 Houston Drive
Harlingen, Texas 78550

_____
M. H. Cersonsky

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO.B-03-009 |
| § | (Claim No. 55237) |
| EMILIO V. GARZA, § | |
| § | |
| Defendant. § | |

## ORDER GRANTING MOTION FOR CONTINUANCE

On this day, came on to be heard USA's Motion for Continuance and the Court having reviewed the pleadings on file is of the opinion that the Motion for Continuance should be granted. It is hereby

ORDERED that the above referenced case which had been set for hearing on Tuesday, May 13, 2003 is hereby continued to _____, 2003.

SIGNED: _____, 2003 at Brownsville, Texas.


_____
Presiding Judge